**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
NACHUM ZAGER


                    Plaintiff,        NOTICE OF ASSIGNMENT

           -V-                        09-CV-07019 (KMK)(GAY)


CAPITAL ONE BANK USA, NA.
                    Defendants.
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

**HON. KENNETH M. KARAS**

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon, CLERK

by: _____
Deputy Clerk-JOHNNY MARTINEZ

DATE: 08/14/2009

DESIGNATED TO MAGISTRATE JUDGE: GEORGE A. YANTHIS

WP ASSIGNMENT FORM

Data Quality Control Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD