| | | |
|---|---|---|
| STATE OF NEW YORK | SOUTHERN DIST COUNTY | U.S. DISTRICT COURT |
| DOCUMENTS SERVED WITH INDEX # 09 Civ 7019 | AND FILED ON AUGUST 25, 2009 | |
| ATTORNEY(S) | | |

Nachum Zager

vs

Richard D. Fairbank

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF VIRGINIA    COUNTY OF _____, SS.:

___**CURTIS HOWARD**___, being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on **11 SEPT, 09** at **11:40 AM** at **1680 CAPITAL ONE DR. MCLEAN, VA 22102**, deponent (did), did not) serve the within Summons in a Civil Action & Class Action

on: _____Capital One Bank_____, _____Defendant_____ (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [✓]
A _____ corporation, by delivering thereat a true copy of each to **CARLA COLE** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __**MANAGING AGENT**__ thereof

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person including an effort to reach the defendant by telephone (if such telephone number was available) and an attempt to locate the defendant's place of employment

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** [✓] (use with #1 2 or 3)
A description of the Defendant or other person served, on behalf of the Defendant is as follows:
Sex **F** Color of skin **WHITE** Color of hair **BROWN** Approx Age **45** Approx Height **5'5** Approx weight **140** Other **GLASSES**

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this **14th** day of **September 2009**

_Helen Koenig_
Notary Public

[SEAL: HELEN KOENIG / NOTARY PUBLIC / REG # 7232094 / MY COMMISSION EXPIRES 09/30/12 / COMMONWEALTH VIRGINIA]

_Curtis Howard_
CURTIS HOWARD

Invoice Work Order # 0917231

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207