UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NACHUM ZAGER
on Behalf of Himself and All Other Similarly
Situated,

                Plaintiffs,                Index No.: 09-CIV-7019 (KMK)

v.

CAPITAL ONE BANK USA, NA                **NOTICE OF APPEARANCE**
Mr. Richard D. Fairbanks,
Chief Executive Officer

                Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Reed Smith LLP by Casey D. Laffey appears herein as counsel for defendants Capital One Bank USA, N.A. and Richard D. Fairbanks ("Defendants") and requests copies of all pleadings and other documents electronically filed herein.

Dated: December 7, 2008

                                        REED SMITH LLP

                                        By: _____
                                            Casey D. Laffey (CL-1483)
                                        CLaffey@ReedSmith.com
                                        599 Lexington Avenue, 22nd Floor
                                        New York, New York 10022
                                        Tel. (212) 521-5400
                                        Fax. (212) 521-5450

TO:    Joshua N. Bleichman, Esq.