UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NACHUM ZAGER
on behalf of Himself and All Other Similarly Situated,

                Plaintiffs,

                vs.

CAPITAL ONE BANK USA, NA
Mr. Richard D. Fairbanks, Chief Executive Officer

                Defendants.
-----------------------------------------------------------X

Case No. 09 CIV. 7019

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Capital One Bank USA, N.A., certifies that Capital One Bank USA, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publicly-held company. Capital One Financial Corporation does not have a parent company and no publicly-held company owns more than 5% of Capital One Financial Corporation.

Dated: New York, New York
       January 7, 2010

REED SMITH, LLP

By: _____
Casey D. Laffey
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
*Attorneys for Capital One Bank USA, N.A. and Mr. Richard D. Fairbanks*