# MEMO ENDORSED

## BLEICHMAN & KLEIN
ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59
SPRING VALLEY, NJ 10977
(845) 425-2510
JOSHUA N. BLEICHMAN, ADMITTED IN NY

113 CEDARHILL AVENUE
MAHWAH, NJ 07430
(201) 529-3411
SHMUEL KLEIN, ADMITTED IN NJ

March 1, 2010

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

Re: Zager v. Capital One Bank et. al.
Case No. 09-7019

Dear Judge Karas,

    This is to inform you, that the Amended Complaint that was due today has been extended to March 8, 2010, with consent of Casey D. Laffey. Also the Answer to the Amended Complaint will be extended to April 8, 2010.

Respectfully submitted,

/s/ Joshua N. Bleichman
Joshua N. Bleichman

Cc. Casey D. Laffey
    Reed Smith (NYC)
    599 Lexington Avenue
    New York, NY 10022

*Handwritten endorsement:* In the future, it is the Court, not Plaintiff, that decides if its deadlines may be moved.

So Ordered.

KMK
3/4/10