UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NACHUM ZAGER
on Behalf of Himself and All Other Similarly
Situated,

                Plaintiffs,                      Index No.: 09-CIV-7019 (KMK)

v.

CAPITAL ONE BANK USA, NA              **NOTICE OF APPEARANCE**
Mr. Richard D. Fairbanks,
Chief Executive Officer

                Defendants.
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Reed Smith LLP by Saritha C. Reddy appears herein as counsel for defendants Capital One Bank USA, N.A. and Richard D. Fairbanks ("Defendants") and requests copies of all pleadings and other documents electronically filed herein.

Dated: April 14, 2010

                                                      REED SMITH LLP

                                                        By: _____
                                                          Saritha C. Reddy (SR-1012)
                                                     sreddy@ReedSmith.com
                                                   599 Lexington Avenue, 22nd Floor
                                                   New York, New York 10022
                                                   Tel. (212) 521-5400
                                                    Fax. (212) 521-5450

TO:   Joshua N. Bleichman, Esq.