# MEMO ENDORSED

## BLEICHMAN & KLEIN
ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59  
SPRING VALLEY, NJ 10977  
(845) 425-2510  
JOSHUA N. BLEICHMAN, ADMITTED IN NY

113 CEDARHILL AVENUE  
MAHWAH, NJ 07430  
(201) 529-3411  
SHMUEL KLEIN, ADMITTED IN NJ

April 14, 2010

Honorable Kenneth M. Karas  
United States District Judge  
Southern District of New York  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Via Fax 914-390-4152

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____

Re: Zager v. Capital One Bank et. al.  
Case No. 09-7019

Dear Judge Karas,

With regard to the above referenced case, I would like to respectfully request an adjournment with consent of the Caffey D. Laffey. I have to attend a closing, which was previous scheduled.

Respectfully submitted,

/s/ Joshua N. Bleichman  
Joshua N. Bleichman

Cc. Casey D. Laffey  
Reed Smith (NYC)  
599 Lexington Avenue  
New York, NY 10022

Denied. Counsel is not allowed to wait until the day before a conference to claim a scheduling conflict, especially when the conflict was known to said counsel well before. Also, the Court's Individual Practices require more notice for an adjournment request.

So Ordered.

KMK  
4/15/10