UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Nachum Zager,

                Plaintiff,

    -against-                               09-CV-7019 (KMK)
                                                JUDGMENT

Capital One Bank USA, N.A.,

                Defendant.
------------------------------------------------------------x

       Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on April 28, 2010, having handed down an Order (document #14) dismissing the case without prejudice for failure to prosecute, it is,

       **ORDERED, ADJUDGED AND DECREED:** the above named case is dismissed without prejudice for failure to prosecute, and the case is hereby closed.

DATED: White Plains, N.Y.
            April 30, 2010

                                                                  J. Michael McMahon
                                                                 Clerk of Court